995 A.2d 1183

**Seth STEINMAN, Petitioner**

v.

**PHILADELPHIA TRAFFIC COURT, Respondent.**

**No. 16 EM 2010.**

Supreme Court of Pennsylvania.

June 10, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of June, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**